**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 22-20639** |
| **Joshua Lee Halbert DBA Awareness Trucking** | : | **Chapter 7** |
| | : | **Judge Gregory L. Taddonio** |
| | : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **U.S. Bank National Association** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **June 23, 2022 at 10:00 a.m.** |
| | : | |
| **Joshua Lee Halbert DBA Awareness Trucking** | : | |
| | : | |
| | : | |
| **Robert H. Slone, Trustee** | : | |
| Respondents. | | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT U.S. BANK**
**NATIONAL ASSOCIATION TO REPOSSESS THE 2018 CHEVROLET CAMARO**
**WITH THE VEHICLE IDENTIFICATION NUMBER 1G1FH1R73J0107787**
**(DOCUMENT NO. 16)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on May 17, 2022 at Document No. 16 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 3, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/Stephen R. Franks

Stephen R. Franks, Esquire (0075345)
Adam B. Hall (323867)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC

P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 22-20639** |
| **Joshua Lee Halbert DBA Awareness Trucking** : | **Chapter 7** |
| : | **Judge Gregory L. Taddonio** |
| : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **U.S. Bank National Association** : | **Date and Time of Hearing** |
| **Movant,** : | **Place of Hearing** |
| **vs** : | **June 23, 2022 at 10:00 a.m.** |
| : | |
| **Joshua Lee Halbert DBA Awareness Trucking** : | |
| : | |
| : | |
| **Robert H. Slone, Trustee** : | |
| **Respondents.** | |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT U.S. BANK NATIONAL ASSOCIATION TO REPOSSESS THE 2018 CHEVROLET CAMARO WITH THE VEHICLE IDENTIFICATION NUMBER 1G1FH1R73J0107787 (DOCUMENT NO. 16)**

   I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date)  06/06/2022 .

   The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail and electronic notification .

   If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:  06/06/2022

By: /s/Stephen R. Franks
Signature
Stephen R. Franks, Esquire

Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Robert H. Slone, Trustee, Chapter 7 Trustee, 223 South Maple Avenue, Greensburg, PA 15601, robertslone223@gmail.com (notified by ecf)

David A. Rice, Attorney for Debtor, Rice & Associates Law Firm, 15 West Beau Street, Washington, PA  15301, ricelaw1@verizon.net (notified by ecf)

Joshua Lee Halbert DBA Awareness Trucking, Debtor, 1772 Georges Fairchance Raod, Smithfield, PA  15478 (notified by regular US Mail)