IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 22-20639 |
| **Joshua Lee Halbert DBA Awareness Trucking** | : Chapter 7 |
| | : Judge Gregory L. Taddonio |
| | : * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **U.S. Bank National Association** | : Date and Time of Hearing |
| Movant, | : Place of Hearing |
| vs | : June 23, 2022 at 10:00 a.m. |
| | : |
| **Joshua Lee Halbert DBA Awareness Trucking** | : |
| | : Related to Docket No. 16 |
| | : |
| **Robert H. Slone, Trustee** | : |
| **Respondents.** | |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY REGARDING 2018 CHEVROLET CAMARO, VIN 1G1FH1R73J0107787

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by U.S. Bank National Association ("Creditor").

Creditor has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors, and assigns.

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Contract, to sell the Collateral in accordance with state law, to apply the net

proceeds to the Contract, and to otherwise exercise its contractual and state law rights as to the Collateral.

Date: June 9, 2022

Judge Gregory L. Taddonio
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

CC:

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Robert H. Slone, Trustee, Chapter 7 Trustee, 223 South Maple Avenue, Greensburg, PA  15601, robertslone223@gmail.com (notified by ecf)

David A. Rice, Attorney for Debtor, Rice & Associates Law Firm, 15 West Beau Street, Washington, PA  15301, ricelaw1@verizon.net (notified by ecf)

Joshua Lee Halbert DBA Awareness Trucking, Debtor, 1772 Georges Fairchance Raod, Smithfield, PA  15478 (notified by regular US Mail)

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                      Case No. 22-20639-GLT
Joshua Lee Halbert                                                                              Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 09, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joshua Lee Halbert, 1772 Georges Fairchance Raod, Smithfield, PA 15478-1568 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Joshua Lee Halbert ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com |

Stephen Russell Franks
                      on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com

TOTAL: 7